# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLOYD PRYER, SR.,
INDIVIDUALLY ON BEHALF OF
THE ESTATE OF ALNEATER
PRYER, MELONIE PRYER,
SCARLETTE PRYER, LARRY
PRYER, WILBERT PRYER, JR.,
AND GERALD PRYER

VERSUS

OUR LADY OF THE LAKE
HOSPITAL, INC. D/B/A OUR
LADY OF THE LAKE REGIONAL
MEDICAL CENTER, ROBYN EASTON
TYLER, M.D. & LOUISIANA
MEDICAL MUTUAL INSURANCE
COMPANY

NO.   2022 CW 1067

OCTOBER 6, 2022

---

In Re:    Floyd Pryer, Sr., individually on behalf of the estate
of Alneater Pryer, Melonie Pryer, Scarlette Pryer,
Larry Pryer, Wilbert Pryer, Jr., and Gerald Pryer,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 568739.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT   DENIED.**   The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT